IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **AMY JOSEPH**, individually, and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 13 cv 4798 ) |
| **MARBLES LLC**, an Illinois limited liability company, and **MARBLES HOLDINGS, INC.**, a Delaware corporation, | ) ) Magistrate Judge Michael Mason ) ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR
FINAL APPROVAL OF SETTLEMENT AGREEMENT**

For all of the reasons set forth in the accompanying Memorandum in Support of Plaintiff's Motion for Final Approval of Settlement Agreement, Plaintiff respectfully requests that the Court enter the proposed Final Approval Order approving the proposed Settlement as being fair, reasonable, and adequate to the Class.

**Dated:** December 5, 2013

    Respectfully submitted,

    AMY JOSEPH, individually, and on behalf of all others similarly situated,

    By:   s/Thomas A. Zimmerman, Jr.
          Thomas A. Zimmerman, Jr. (IL #6231944)
          Adam M. Tamburelli (IL #6292017)
          Frank J. Stretz (IL #6310264)
          ZIMMERMAN LAW OFFICES, P.C.
          77 West Washington Street, Suite 1220
          Chicago, Illinois 60602
          (312) 440-0020 telephone
          (312) 440-4180 facsimile

www.attorneyzim.com

Counsel for the Plaintiff and Class