IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **AMY JOSEPH**, individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 13 cv 4798 |
| **MARBLES LLC**, an Illinois limited liability company, and **MARBLES HOLDINGS, INC.**, a Delaware corporation, | ) ) ) ) | Magistrate Judge Michael Mason |
| Defendants. | ) ) | |

**APPLICATION FOR AWARD OF ATTORNEYS' FEES AND
REIMBURSEMENT OF EXPENSES, AND FOR APPROVAL OF
<u>AN INCENTIVE AWARD TO THE CLASS REPRESENTATIVE</u>**

Class Counsel, Thomas A. Zimmerman, Jr., Adam M. Tamburelli, and Frank J. Stretz of Zimmerman Law Offices, P.C., preliminarily approved as Class Counsel for the Settlement Class in this action by virtue of this Court's Preliminary Approval Order dated September 4, 2013, and pursuant to their application to be appointed as Class Counsel for the Class for all purposes in connection with Plaintiff's Motion for Final Approval of Settlement Agreement, make this application for an award of attorneys' fees and unreimbursed expenses incurred by them in connection with this Lawsuit. In support of this application for attorneys' fees and reimbursement of expenses, Class Counsel states as follows:

Under the Settlement Agreement, Defendants shall pay attorneys' fees and costs in the lump sum of $80,000 to Class Counsel. (See, Class Settlement Agreement, ¶ 8). Defendants do not oppose this request by Class Counsel for approval of attorneys' fees and costs. (See, Class Settlement Agreement, ¶ 8).

Class Counsel submits that this request for an award of attorneys' fees and costs in the sum of $80,000 is fair and reasonable and should be approved by this Court for the reasons set forth in the accompanying Memorandum of Law in Support of Class Counsel's Application for an Award of Attorneys' Fees and Reimbursement of Expenses.

Additionally, under the Class Settlement Agreement, as an incentive award to Amy Joseph for her participation as the Class Representative herein, the Defendants do not object to Class Counsel seeking an incentive award for the Plaintiff in the sum of $5,000. (See, Class Settlement Agreement, ¶ 7(a)). The incentive award to the Plaintiff is fair and reasonable and should be approved for the reasons stated in the accompanying Memorandum of Law in Support of Approval of an Incentive Award to the Class Representative.

WHEREFORE, Class Counsel respectfully requests this Court award $80,000 in attorneys' fees and costs to Class Counsel, and a $5,000 incentive award to the Plaintiff, and all other relief deemed just and proper in the circumstances.

Respectfully submitted,

   s/Thomas A. Zimmerman, Jr.
       Thomas A. Zimmerman, Jr. (IL #6231944)
       Adam M. Tamburelli (IL #6292017)
       Frank J. Stretz (IL #6310264)
       ZIMMERMAN LAW OFFICES, P.C.
       77 West Washington Street, Suite 1220
       Chicago, Illinois 60602
       (312) 440-0020 telephone
       (312) 440-4180 facsimile
       www.attorneyzim.com

Counsel for the Plaintiff and Class