**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **AMY JOSEPH**, individually, and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 13 cv 4798 |
| **MARBLES LLC**, an Illinois limited liability company, and **MARBLES HOLDINGS, INC.**, a Delaware corporation, | ) ) ) ) ) | Magistrate Judge Michael Mason |
| Defendants. | ) | |

## ORDER GRANTING FINAL APPROVAL OF SETTLEMENT

Having considered the Class Settlement Agreement (the "Settlement Agreement") and all other materials properly before the Court, and having conducted an inquiry pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court finds that the Settlement Agreement was entered by all parties in good faith, and the Settlement Agreement is approved. The Court or the Clerk of the Court shall enter the Judgment provided in the Settlement Agreement, and Defendants Marbles LLC and Marbles Holdings, Inc. shall disseminate the Class relief, and make the payments to the Class Representative and Class Counsel, as provided for in the Settlement Agreement.

**DATED:** December 19, 2013

By: _/s/ Michael T. Mason_
Magistrate Judge Michael Mason